March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

YING SUN, ET AL
                Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 343 SHS

Defendant __JIAN WANG__ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~: teleconference.

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_JIAN WANG by Richard Rosenberg, ATTORNEY_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_JIAN WANG_
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

_Richard H. Rosenberg_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_1/3/2022_
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~