March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

JIAN WANG

          Defendant(s).
---------------------------------------------------------------X

CONSENT TO PROCEED BY
Tele~~VIDEO~~CONFERENCE

21 -CR- 343 SHS

Defendant __JIAN WANG_____ hereby voluntarily consents to participate in the following proceeding via ~~video~~Tele conferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

/s/ Jian Wang
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jian Wang
Print Defendant's Name

Defense Counsel's Signature

Richard H. Rosenberg
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

5/23/2022
Date

Sidney H. Stein, U.S. District Judge