March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Jian Wang ,
                              Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY**
~~VIDEO~~ **Tele CONFERENCE**

21 -CR- 343 (S)( )

Defendant __Jian Wang__ hereby voluntarily consents to participate in the following proceeding via ~~video~~ **TELE** conferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ JIAN WANG by Richard Rosenberg
**Defendant's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Defense Counsel's Signature**

JIAN WANG
**Print Defendant's Name**

RICHARD H. Rosenberg
**Print Defense Counsel's Name**

This proceeding was conducted by reliable ~~video~~ **Tele** conferencing technology.

10/12/2022
**Date**

**U.S. District Judge** / ~~U.S. Magistrate Judge~~