# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

December 8, 2022

Hon. Sidney H. Stein  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Ying Sun, et al.  
21-CR-343 (SHS)

Dear Judge Stein:

I am appointed counsel to **Jian Wang**, a defendant in the above-captioned case. Mr. Wang is a resident of California and is of limited means. I therefore respectfully ask that he be permitted to join the pretrial conference scheduled for December 14, 2022 at 2:30 pm via telephone.

Thank you for your consideration of this request and for continued courtesies to counsel.

Respectfully,  
/s/  
Richard H. Rosenberg, Esq.

Cc: All counsel (by ECF)

Request granted.

Dated: New York, New York  
December 8, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.