UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-343 (SHS) |
| -against- | : | <u>AMENDED ORDER</u> |
| WANG JIAN, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received defendant's motion to extend his surrender date [Doc. No. 307]. No response having been filed by the government,

      IT IS HEREBY ORDERED that the defendant's surrender date is extended to July 1, 2024.

Dated: New York, New York
       April 15, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.