UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        21-Cr-343 (SHS)

              -against-                       :        ORDER

YING SUN, ET AL.,                            :

                      Defendants.            :

------------------------------------------------------------------x

ADRIANA JONES, ET AL.,                       :

                      Petitioners,           :

ARRIVAL ENTERPRISE, INC., LI HUA ZHAO,       :
and YING YU YAN,

                      Petitioners,           :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

        On May 23, 2025, the Court heard argument on the government's motion to dismiss
Adriana Jones, et al.'s petition and held a conference regarding the petitions filed by Arrival
Enterprises, Li Hua Zhao, and Ying Yu Yan.

        IT IS HEREBY ORDERED that as to petitioners Arrival Enterprises, Li Hua Zhao, and
Ying Yu Yan:

        1.      The last day for completion of discovery is September 12, 2025;

        2.      The last day for the parties to submit proposed findings of fact and conclusions of
law is October 3, 2025; and

        3.      There will be a fact hearing on October 9, 2025, at 10:00 a.m.

  Dated:  New York, New York
          May 27, 2025

                                                        SO ORDERED:

                                                        _____
                                                        Sidney H. Stein, U.S.D.J.